Walter KING, Petitioner—Appellant,

v.

Robert M. TAPIA, John Ashcroft, United States of America, Respondents—Appellees.

No. 03–30921.
Summary Calendar

United States Court of Appeals, Fifth Circuit.

May 10, 2004.

Walter King, Talladega, AL, pro se.

Thomas Burton Thompson, Assistant US Attorney, Lafayette, LA, for Respondents–Appellees.

Before KING, Chief Judge, and HIGGINBOTHAM and WIENER, Circuit Judges.

PER CURIAM.*

Walter King, federal prisoner number 11086–042, appeals the district court's dismissal with prejudice of his application for a federal writ of habeas corpus. King has also filed a motion to supplement the record.

For the first time in this court, King relies upon the Bureau of Prisons Policy Statement 1560.05 and argues that the Regional Inmate Systems Manager did not consider all of the relevant factors outlined in PS 1560.05. He also asserts for the first time in this court that the district court judgment in a criminal case should

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

be construed as indicating no objection to a *nunc pro tunc* designation of the state prison as the place of federal confinement. The contentions that King now seeks to present in this court were not raised in the district court and will not be considered on appeal. *See Free v. Miles,* 333 F.3d 550, 552 n. 4 (5th Cir.2003). As there is no argument properly before this court, the appeal is frivolous and is dismissed as such. *See Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983); 5TH CIR. R. 42.2. King's motion to supplement the record is denied.

APPEAL DISMISSED; MOTION DENIED.

